IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OKLAHOMA
ROOM 1210

**FILED**

MAR 0 9 2000

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

DATE: MARCH 9, 2000

TOMMY DALE GLASS,            )
                             )
         Plaintiff,          )
                             )
v.                           )      CIV-90-113-A
                             )
LENORA JORDAN,               )
                             )
         Defendant.          )

DOCKETED

ENTER ORDER:

    Petitioner was granted leave to file his Motion to Vacate, which was in excess of 25 pages. Therefore this case is reopened as of March 3, 2000. This case is referred to Judge Argo for report and recommendation.

At the direction of Judge Wayne Alley, we have entered the above order.

ROBERT D. DENNIS, Clerk

By: /s/ Karen Wood
Deputy Clerk